LENNOX, The M. A. See Case No. 8,987.

## Case. No. 8,244.

### LENOX v. ARGUELLES.

[4 Cranch, C. C. 477.] [1]

Circuit Court, District of Columbia. Nov. Term, 1834.

CERTIORARI—JUSTICE OF PEACE—SUBSTITUTE FOR EJECTMENT.

A certiorari will not lie to bring up the proceedings of justices of the peace, under the Maryland statute of 1793, c. 43, against tenants holding over.

[Action by Lenox's administrator against Arguelles.]

Mr. Bryce moved for a certiorari to a justice of the peace, to bring up his proceedings against a tenant holding over under the Maryland act of 1793, c. 43.

Mr. Larned, by special permission, stated. that, by the practice in Maryland, a certiorari would be granted in such a case; the proceeding under the statute being considered as a substitute for an action of ejectment.

THE COURT, however (nem. con.), was of opinion, "as at present advised," that it has no power to issue a certiorari in such a case.